```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr. #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorneys for Defendant
6  FRANCISCO ZEPEDA PULIDO

7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  )  No. 2:10-mj-192 EFB |
|---|

```
                              )
         Plaintiff,           )  STIPULATION AND ORDER
                              )  TO CONTINUE PRELIMINARY HEARING
    v.                        )
                              )  Date:  July 20, 2010
FRANCISCO ZEPEDA PULIDO,      )  Time:  2:00 p.m.
                              )  Judge: Hon. Kendall J. Newman
         Defendant.           )
                              )
_____)
```

The parties hereby stipulate and request that the Court continue the preliminary hearing scheduled for July 20, 2010, at 2:00 p.m., to August 3, 2010, at 2:00 p.m., before the duty magistrate judge.

Counsel for Mr. Pulido requires additional time to review discovery and confer with Mr. Pulido.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

The parties agree that the above reasons constitute good cause to extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and that the Court should extend the time within which the government must file an indictment to August 3, 2010.  See 18 U.S.C. § 3161(h)(7)(A) and (B) [Local Code T4].

Respectfully submitted,

Dated: July 19, 2010

DANIEL J. BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: July 19, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Daniel S. McConkie
_____
DANIEL S. McCONKIE
Assistant U.S. Attorney

**O R D E R**

Upon finding good cause, the Court orders the preliminary hearing continued to August 3, 2010, at 2:00 p.m., before the duty magistrate judge; and, time excluded as set forth above for the reasons set forth above.

IT IS SO ORDERED.

Dated: July 19, 2010

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge

2